**18 CV 2590**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

IN RE: General Motors LLC Ignition Switch Litigation

---

Diane Goodwin
_Write the full name of each plaintiff._

-against-

General Motors LLC,

**Defendant**

_Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II._

18 CV 2590
(Include case number if one has been assigned)

**Amended COMPLAINT**

Do you want a jury trial?
☒ Yes  ☐ No

---

### NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.



RECEIVED MAR 20 2018 U.S.D.C. S.D. N.Y. CASHIERS

Rev. 1/9/17

## I. BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☐ **Federal Question**

☑ **Diversity of Citizenship**

### A. If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

_____
_____
_____
_____

### B. If you checked Diversity of Citizenship

#### 1. Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, **Diane Goodwin** _____, is a citizen of the State of
        (Plaintiff's name)

Maryland
_____
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

**If the defendant is an individual:**

The defendant, __General Motors, LLC_____, is a citizen of the State of
(Defendant's name)

_____

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

**If the defendant is a corporation:**

The defendant, __General Motors, LLC (New GM)_____, is incorporated under the laws of the State of __Delaware_____

and has its principal place of business in the State of __Michigan_____

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____.

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

| Diane | | Goodwin | |
|---|---|---|---|
| First Name | Middle Initial | Last Name | |

9731 Narragansett Parkway

Street Address

| College Park | MD | 20740 |
|---|---|---|
| County, City | State | Zip Code |

301-441-3283                     dianeg24@verizon.net

Telephone Number                Email Address (if available)

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1: **General Motors LLC**
First Name / Last Name

**Kirkland & Ellis LLP (Council for General Motors LLC (New GM))**
Current Job Title (or other identifying information)

**300 North LaSalle**
Current Work Address (or other address where defendant may be served)

**Chicago** / **IL** / **60654**
County, City / State / Zip Code

Defendant 2:
First Name / Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City / State / Zip Code

Defendant 3:
First Name / Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City / State / Zip Code

Defendant 4: _____

                First Name                      Last Name

_____

Current Job Title (or other identifying information)

_____

Current Work Address (or other address where defendant may be served)

_____

County, City                      State                  Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence: L Street & Connecitucut Avenue, N.W., Washington, DC 20036

Date(s) of occurrence: August 11, 2011

### FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

Plaintiff, Diane Goodwin purchased a 2006 Chevy HHR on January 26, 2009 from Oursman's Rockmont Chevrolet, 15301 Frederick Road, Rockvile, MD 20855. Plaintiff used her vehicle to drive back and forth to work, drive to the store, medical appointment, and to visits relatives. On August 11, 2011 at about 5:10 PM, Plaintiff was driving down L Street, N.W., DC, a one way street, and came to a full stop behind the car in front who waited for pedestrians (at the green light) to cross the street before making a left turn off of L Street onto Conniticut Avenue, N.W., Washington, DC. Plaintiff left turn signal was on while she waited behind the car in front of her. As the driver in front of plaintiff moved a few feet forward and proceeded to turned left down Conniticut Avenue (after all pedestrians had crossed), Plaintiff in turn drove toward the intersection to make a left turn and without any warning, suddenly and unexpectedly Plaintiff's car spun out of control, loosing the ability to break or steer, and crashed into the street light pole, resulting in major car damages and pain and suffering. Plaintiff's airbag did not deploy properly, it was protruding but never fully inflated exposing the entire steering wheel. Onlookers assisted Plaintiff out of my car. She could offer no explination how the accident happened to the police, paramedica, and doctors.

General Motors (Old GM) knew about the safety-related defects with its ignitions switch in 2001 and did nothing to notify NHTSA and the public. The ignition switch defect existed in Buick, Cadillac, Chevrolet, Oldsmobile, Chevrolet, to include Plaintiff's Chevy HHR whis is related to Delta Ignition Switch Defect.

New GM was completely knowledgable of the defects with the ignitions swith and the danger to the airbag system, and was aware that Old GM had not disclosed the defects. In fact General Motors LLC (New GM), under Section 363 sale under Chapter 11 of the Bankruptcy Code, aquired the assets and assume certian liabililities of General Motors LLC (Old GM). New GM assumed liability for crashes after the closing date of the Purchase Agreement which involved those vehicles which caused personal injury, loss of life, or property damages, and undertook contractual responsibility relating to compliance to the laws and regulations that governed Old GM. Therefore, Old GM failure becomes relevant because under governing principles of agency law, the knowledge and conduct of Old GM is imputed to Defendant New GM.

## INJURIES:

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

Plaintiff received injuries to her chest, left arm, and head. She was dizzy, disoriented, and nervous. She was taken by ambulance to the Emergency Room by ambulance, and treated for her injuries. X-rays were taken, and Plaintiff was prescribed pain medication. Plaintuff also suffered emotional distress, embarassment and shame. The accident was sudden and uncomprehensible; plaintiff found she could not explain to the doctors, paramedical, nor police how the accident happened.

## IV. RELIEF

State briefly what money damages or other relief you want the court to order.

Total amount in controversy exceeds $75,000.00

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| 2/25/2018 | Diane Goodwin |
|---|---|
| Dated | Plaintiff's Signature |

**First Name:** Diane   **Middle Initial:**   **Last Name:** Goodwin

**Street Address:** 9731 Narragansett Pkwy

**County, City:** College Park   **State:** MD   **Zip Code:** 20740

**Telephone Number:** 301-441-3283   **Email Address (if available):** dianeg24@verizon.net

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☒ Yes   ☐ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this ___26___ day of February 2018, true and correct copy of the forgoing Amended Complaint in re: General Motors LLC Ignition Switch Litigation was served by Federal Express to:

General Motors LLC
2711 Centerville Road
Wilmington, DE. 19808

Kirkland & Ellis LLP
Attorneys for General Motors LLC
Richard C. Godfrey, P.C.
Andrew B. Bloomer, PC
300 North LaSalle
Chicago, IL. 60654

_____
Diane Goodwin